# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THOMAS PAYNE, et al.,

      Plaintiffs,       :      Case No. 3:09-cv-140

                              District Judge Walter Herbert Rice
  -vs-                           Magistrate Judge Michael R. Merz

                              :

TARGET CORPORATION, et al.,

      Defendants.

## ORDER FINDING PENDING MOTION TO COMPEL MOOT

This case is before the Court on Defendant Target Corporation's Motion to Compel (Doc. No. 30). Given that the Motion demonstrated prima facie a total failure to respond to discovery, the Court ordered Plaintiff to show cause why the Motion should not be granted (Doc. No. 32). In response on November 25, 2009, Plaintiff filed Notice of Service of Answers to Interrogatories and Production of Documents (Doc. No. 35). Having reviewed those responses, Defendants now seek to have the Court hold the Motion to Compel in abeyance for thirty days (Supplemental Memorandum, Doc. No. 36), pending discussions among counsel over the perceived (from Defendants' perspective) inadequacies in the responses.

The Court declines to take this course of action because it leaves a motion pending on which the Court cannot act without a further filing by Defendants which meets the S. D. Ohio Civ. R. 37.2 requirements. Accordingly, the pending Motion is found to be moot. If Defendants' counsel believes, given the pretrial schedule in this case, that it is necessary to accelerate decision on a subsequent motion to compel, he should request that relief in addition when he files a follow-up motion to compel.

November 29, 2009.

                                                  s/ **Michael R. Merz**
                                                  United States Magistrate Judge