# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THOMAS PAYNE, et al.,

      Plaintiffs,    :    Case No. 3:09-cv-140

                                                       District Judge Walter Herbert Rice
   -vs-                                Magistrate Judge Michael R. Merz

                                       :

TARGET CORPORATION, et al.,

      Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS ON DEFENDANT EDGE MOLD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Motion for Reconsideration (Doc. #53), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant Edge Mold Products Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) (Doc. No. 45) is DENIED as untimely.

March 4, 2009.

                                                                Walter Herbert Rice
                                                            United States District Judge