# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

THOMAS PAYNE, et al.,

      Plaintiffs,          :      Case No. 3:09-cv-140

                                  District Judge Walter Herbert Rice

    -vs-                           Magistrate Judge Michael R. Merz

                          :

TARGET CORPORATION, et al.,

      Defendants.

---

## ORDER ON MOTION TO COMPEL

---

      This case is before the Court on Defendant Seating Concept, Inc.'s, Motion to Compel (Doc. No. 63). The Motion recites the service of discovery documents, expiration of the time for making responses, and failure of the Plaintiffs to respond.

      It is hereby ORDERED that Plaintiffs show cause on or before April 15, 2010, why Plaintiff should not be compelled to answer the interrogatories and produce the documents requested and why Plaintiffs should not be otherwise sanctioned as requested in the Motion. This accelerated briefing is ordered in light of the pendency of Seating Concept's Motion for Summary Judgment (Doc. No. 60) and Plaintiffs' motion to extend their time to respond (Doc. No. 62).

April 5, 2010.

                                          s/ **Michael R. Merz**
                                    United States Magistrate Judge